# O'BRIEN, BELLAND & BUSHINSKY, LLC

### ATTORNEYS AT LAW

ROBERT F. O'BRIEN (NJ, PA & DC)
MARK E. BELLAND (NJ & PA)
STEVEN J. BUSHINSKY (NJ, NY & PA)
THOMAS F. KARPOUSIS (NJ)
KEVIN D. JARVIS (NJ & NY)
TIMOTHY P. HAGGERTY (NJ)
DAVID F. WATKINS, JR. (NJ & PA)
MATTHEW B. MADSEN (NJ & NY)
DAVID H. LIPOW (NJ & PA)
DANIEL A. HOROWITZ* (NJ & PA)
ROSINA M. ERMILIO (PA)
RYAN GEIB (NJ & PA)

509 S. LENOLA ROAD
BUILDING 6
MOORESTOWN, NEW JERSEY 08057

(856) 795-2181
(888) 609-8300
FAX (856) 581-4214
INTERNET: WWW.OBBBLAW.COM
E-MAIL: OBBB@OBBBLAW.COM

OF COUNSEL
CARL J. MINSTER III (PA & NJ)
DAVID J. J. FACCIOLO (DE & PA)
DAVID R. THIERMAN* (NJ, PA & FL)

JOAN FREEDMAN MEYER (NJ & PA)
1931-2011

* MASTERS OF LAW IN TAXATION

EMAIL: kjarvis@obbblaw.com

File No.: 7838

May 16, 2023

Clerk, United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

**RE:** **TRUSTEES OF THE UFCW TRI STATE HEALTH & WELFARE FUND, ET AL, v. CONSULATE HEALTH CARE, LLC; D/B/A FROSTBURG VILLAGE; AND Sterling Care Frostburg Village**

Dear Clerk:

Please issue a Summons for the following:

Consulate Health Care, LLC
800 Concourse Parkway, #200
Maitland, FL 32751

Sterling Care Frostburg Village
1 Kaylor Circle
Midland, MD 21532

Very truly yours,

**O'BRIEN, BELLAND & BUSHINSKY, LLC**

By: */s/ Kevin D. Jarvis*
Kevin D. Jarvis, Esquire

KDJ/jf